UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BADGER DAYLIGHTING CORP., <br><br> Plaintiff, <br><br> vs. <br><br> DIG ALERT DONE RIGHT, L.L.C. (dba HYDRO PROS) <br><br> Defendant. | Case No. 2:24-cv-1678-JDP <br><br> **[PROPOSED]** ORDER GRANTING THE PARTIES' MOTION/STIPULATION TO MODIFY THE SCHEDULING ORDER |
| DIG ALERT DONE RIGHT, L.L.C. (dba HYDRO PROS) <br><br> Defendant and Countercomplainant, <br><br> vs. <br><br> BADGER DAYLIGHTING CORP., <br><br> Plaintiff and Cross-Defendant. | |

This Court has considered Plaintiff and Counterdefendant Badger Daylighting Corporation ("Badger") and Defendant and Countercomplainant Digging Done Right, L.L.C.'s ("DDR" and together with Badger "Parties") joint motion and stipulation to modify this Court's Scheduling Order (ECF No. 22). After considering the Parties' Motion, this Court finds good cause to grant the Parties' motion.

**IT IS HEREBY ORDERED:**

A. The Parties' motion to modify this Court's Scheduling Order is granted.

B. The dates in this Court's Scheduling Order are modified as follows.

| Event | New Deadline |
|---|---|
| Initial Expert Disclosures | August 13, 2025 |
| Rebuttal Expert Disclosures | September 15, 2025 |
| Discovery Motion Cutoff | October 2, 2025 |
| Discovery Cut Off | October 31, 2025 |
| Motion Hearing Schedule | January 15, 2026 |

IT IS SO ORDERED.

Dated:   July 11, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

[PROPOSED] ORDER GRANTING STPULATION TO MODIFY SCHEDULING ORDER

Case No. 2:24-cv-01678-JDP

BN 89116865v2