# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BADGER DAYLIGHTING CORP., <br><br> Plaintiff, <br><br> vs. <br><br> DIG ALERT DONE RIGHT, L.L.C. (dba HYDRO PROS) <br><br> Defendant. | Case No. 2:24-cv-01678-JDP <br><br> **[PROPOSED]** ORDER GRANTING THE PARTIES' SECOND MOTION/STIPULATION TO MODIFY THE SCHEDULING ORDER |
| DIG ALERT DONE RIGHT, L.L.C. (dba HYDRO PROS) <br><br> Defendant and Countercomplainant, <br><br> vs. <br><br> BADGER DAYLIGHTING CORP., <br><br> Plaintiff and Cross-Defendant. | |

This Court has considered Plaintiff and Counterdefendant Badger Daylighting Corporation ("Badger") and Defendant and Countercomplainant Dig Alert Done Right, L.L.C. n/k/a Digging Done Right, L.L.C.'s ("DDR" and together with Badger "Parties") second joint motion and stipulation to modify this Court's Scheduling Order (Dkt No. 22). After considering the Parties' Motion, this Court finds good cause to grant the Parties' motion.

**IT IS HEREBY ORDERED:**

    A. The Parties' second motion to modify this Court's Scheduling Order is granted.

    B. The dates in this Court's Scheduling Order are modified as follows.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Discovery Motion Cutoff as to the depositions noticed by the Parties | October 2, 2025 | December 1, 2025 |
| Discovery (Deposition) Cut Off for the completion of the depositions already noticed by the Parties | October 31, 2025 | December 15, 2025 |

IT IS SO ORDERED.

Dated:    October 29, 2025

                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE