AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern                                      District of                              California

Badger Daylighting Corp.

Plaintiff (s),

V.

Dig Alert Done Right, LLC

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    2:24-cv-01678-JDP

Notice is hereby given that, subject to approval by the court,    Dig Alert Done Right, LLC    substitutes
(Party (s) Name)

Miiko Anderson    , State Bar No.    248655    as counsel of record in
(Name of New Attorney)

place of    John C. Clough and Jarrett S. Osborne-Revis of Buchalter Law Firm , A professional corporation    .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Law Offices of Miiko Anderson

Address:    4974 E Clinton Way, Suite 212, Fresno CA 93727

Telephone:    (855) 644-5659    Facsimile

E-Mail (Optional):    help@miikolaw.com

I consent to the above substitution.

Date:    3/6/2026

(Signature of Party (s))

I consent to being substituted.

Date:    3/9/2026

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    3/6/2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    March 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]