UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADGER DAYLIGHTING CORP., | Case No.  2:24-cv-1678-JDP |
| Plaintiff, | |
| v. | FURTHER SCHEDULING ORDER |
| DIG ALERT DONE RIGHT, LLC, | |
| Defendant. | |

Dispositive motion practice has concluded, and claims remain.  Good cause appearing, the court will, by this order, set a further schedule for this litigation.

Good cause appearing, pursuant to Fed. R. Civ. P. 16(b), THIS COURT ORDERS AS FOLLOWS:

1.  The deadline to file motions in limine is October 1, 2026, with any opposition and statements of non-oppositions due by October 8, 2026.  Where necessary for sealing purposes, a motion in limine or opposition to a motion in limine may be filed separately from the rest of the motions or oppositions.  Parties should be prepared to present arguments on these motions at the final status conference, which is scheduled for October 15, 2026, at 10:00 a.m.

3.  A final pretrial conference (as described in Local Rule 282) is set in this case for August 20, 2026, at 10:00 a.m., via Zoom, before the Honorable Jeremy D. Peterson.

4.  The parties shall file and serve a joint pretrial statement on or before August 13, 2026.

1

The parties' attention is directed to Local Rules 281 and 282.  This court will insist upon strict compliance with these rules.  At the pretrial conference, the court will set deadlines to file trial briefs, as well as proposed jury voir dire, instructions, and verdict forms (where applicable).  The parties are advised that failure to file a pretrial statement consistent with the requirements of Local Rule 281 may result in the imposition of sanctions, including dismissal of this action.

5.  A final status conference is set for October 15, 2026, at 10:00 a.m., via Zoom before the Honorable Jeremy D. Peterson in Courtroom 9.

6.  This matter is set for jury trial before the Honorable Jeremy D. Peterson on October 19, 2026, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:    July 9, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2