**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BADGER DAYLIGHTING CORP., Plaintiff, v. DIG ALERT DONE RIGHT, LLC, Defendant. | No. 2:24-cv-1678-JDP |
| AND RELATED COUNTERCLAIM | ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The Court hereby orders the parties to appear before the undersigned for a further settlement conference in Sacramento, California, in Courtroom 1 on the sixteenth floor immediately following conclusion of the pre-trial conference before Hon. Jeremy D. Peterson set for August 20, 2026, at 10:00 a.m. Counsel for the parties shall appear in person and have client representatives available on telephone stand-by.

/ / /

/ / /

/ / /

/ / /

In furtherance of this settlement conference, and pursuant to the direction of the Court, Defendant has produced confidential financial records for review by Plaintiff's counsel. These financial documents are for use ONLY in conjunction with settlement proceedings and are to remain confidential at all times. See Fed. R. Evid. 408.

IT IS SO ORDERED.

Dated: August 19, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE