DORSEY & WHITNEY LLP
KAREN McLAURIN BURESH (SBN 150999)
*buresh.karen@dorsey.com*
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: 714.800.1400
Attorneys for Plaintiff and Counterdefendant
Badger Daylighting Corp.

KIRKLAND LAW OF CALIFORNIA
ALEXIA D. KIRKLAND (SBN 279426)
*akirkland@kirklandlawcalifornia.com*
21250 Hawthorne Boulevard, Suite 500
Torrance, CA 90503
Telephone: 559. 884.5528
Attorneys for Defendant and Countercomplainant
Dig Alert Done Right, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

BADGER DAYLIGHTING CORP.

Plaintiff and Counterdefendant,

vs.

DIG ALERT DONE RIGHT, L.L.C. (dba HYDRO PROS)

Defendant and Countercomplainant.

Case No. 2:24-CV-01678-JDP

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AND CROSS-COMPLAINT PURSUANT TO SETTLEMENT; ~~[PROPOSED]~~ ORDER**

Judge: Magistrate Judge Jeremy D. Peterson
Complaint Filed: June 12, 2024
Trial Date: October 19, 2026 [vacated]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Badger Daylighting Corp. ("Badger"), Defendants Dig Alert Done Right, LLC ("Dig Alert") and Everett Jackson, and all other parties who have appeared in this action, by and through their respective counsel, hereby stipulate as follows:

1. <u>Settlement</u>. The parties have entered into a settlement agreement resolving the claims and disputes at issue in this action, subject to the terms and conditions of that agreement.

2. <u>Dismissal of Complaint</u>. Badger's complaint, and all claims asserted therein against Dig Alert, Everett Jackson, and any other settling defendants, shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

3. <u>Dismissal of Cross-Complaint</u>. Dig Alert's cross-complaint, including all claims asserted therein against Badger, shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

4. <u>Scope of Dismissal</u>. The dismissals provided for herein encompass all claims asserted in the complaint and cross-complaint between the settling parties. The dismissals do not extend to any claims against nonsettling parties unless expressly provided in the settlement agreement and this stipulation.

5. <u>Settlement Performance</u>. The dismissals shall become effective upon completion of the settlement obligations to the extent required by the settlement agreement. Until that time, the parties' rights and obligations under the settlement

agreement, including any agreed remedies for default, shall remain in effect.

6. Without Prejudice. The complaint and cross-complaint shall be dismissed without prejudice, subject to the terms of the settlement agreement and any applicable court order.

~~7. Court Jurisdiction. The parties request that the Court retain jurisdiction to enforce the settlement agreement pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Court's order expressly retaining such jurisdiction.~~

IT IS SO STIPULATED.

Dated: October 27, 2026

DORSEY & WHITNEY LLP

By: */s/ Karen McLaurin Buresh*
KAREN MCLAURIN BURESH
Attorneys for Plaintiff and Counterdefendant
Badger Daylighting Corp.

Dated: October 28, 2026

KIRKLAND LAW OF CALIFORNIA

By: */s/ Alexia D. Kirkland*
ALEXIA D. KIRKLAND
Attorneys for Defendant and Countercomplainant
Dig Alert Done Right, LLC

# ~~[PROPOSED]~~ ORDER

The Court, having considered the parties' stipulation, hereby ORDERS as follows:

The complaint filed by Badger Daylighting Corp. is dismissed without prejudice as to the settling defendants identified in the stipulation.

The cross-complaint filed by Dig Alert Done Right, LLC is dismissed without prejudice as to the settling parties identified in the stipulation.

The dismissals shall take effect in accordance with the settlement agreement and the parties' stipulation.

~~The Court expressly retains jurisdiction to enforce the settlement agreement.~~

IT IS SO ORDERED.

Dated: November 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System.

I hereby certify that I caused to be electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated: November 13, 2026

DORSEY & WHITNEY LLP

By: *__/s/ Karen McLaurin Buresh__*
KAREN MCLAURIN BURESH
Attorneys for Plaintiff and Counterdefendant
Badger Daylighting Corp.